UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIA VELEZ,                                    Case No. 07 CV 10946

        Plaintiff,

   -against-

SES OPERATING CORP., HARLEM EAST                **NOTICE OF APPEARANCE**
LIFE PLAN, and HARLEM EAST LIFE
PLAN – SES CORP.,

        Defendants.

   PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the Defendants in the above-captioned matter.

Date:  December 12, 2007
       Melville, New York

                                            LITTLER MENDELSON, P.C.

                                            By:  Lisa M. Griffith (LG-1020)
                                            Attorneys for Defendants
                                            532 Broadhollow Road, Suite 142
                                            Melville, NY 11747
                                            631-293-4525

Firmwide:83837395.1 051929.1004