UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYDIA VELEZ,

          Plaintiff,

-against-

SES OPERATING CORP., HARLEM EAST
LIFE PLAN, and HARLEM EAST LIFE
PLAN – SES CORP.,

          Defendants.

Case No. 07 CV 10946 (GEL)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the Defendants in the above-captioned matter.

Date:  December 13, 2007
        Melville, New York

                        LITTLER MENDELSON, P.C.

                        By: John T. Bauer (JB-4658)
                        Attorneys for Defendants
                        532 Broadhollow Road, Suite 142
                        Melville, NY 11747
                        631-293-4525