LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    SES Operating Corp., Harlem-East Life Plan and Harlem East
    Life Plan-SES Corp.
532 Broadhollow Road, Suite 142
Melville, NY 11747
631.293.4525

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Lydia Velez,

            Plaintiff,

    -against-

SES Operating Corp., Harlem East-Life Plan and
Harlem East Life Plan-SES Corp.,

            Defendants.

Civil Action No. 07-CV-10946 (GEL)

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants certifies that SES Operating Corp. is a New York corporation doing business as Harlem East Life Plan, a private non-governmental party, and that SES Operating Corp. has no

corporate parents.

Date: February 1, 2008
Melville, New York

*/s/ John T. Bauer*
John T. Bauer (JB 4658)
LITTLER MENDELSON
  A Professional Corporation
532 Broadhollow Road
Suite 142
Melville, NY 11747
631.293.4525

Attorneys for Defendants
  SES Operating Corp., Harlem-East Life Plan
  and Harlem East Life Plan-SES Corp.