LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
   SES Operating Corp., Harlem East Life Plan, and Harlem East
   Life Plan - SES Corp.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631.293.4525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Lydia Velez, | Civil Action No. 07 CV 10946 (GEL) |
|            Plaintiff, | |
|     -against- | **AFFIRMATION OF SERVICE** |
| SES Operating Corp., Harlem East Life Plan, and Harlem East Life Plan - SES Corp., | |
|            Defendants. | |

---

       I, LISA M. GRIFFITH, declare under penalty of perjury that I have served a copy of the attached Answer and Rule 7.1 Corporate Disclosure Statement upon Richard Kubick, 7 East 14th Street, New York, NY 10003, by depositing a true copy of same in a post-paid, properly

addressed wrapper in an official depository under the exclusive care and custody of Federal Express, Standard Overnight Delivery, within the State of New York.

Date:   February 1, 2008
        Melville, New York

*Lisa M. Griffith* (signature)

Lisa M. Griffith
LITTLER MENDELSON
  A Professional Corporation
532 Broadhollow Road
Suite 142
Melville, NY  11747
631.293.4525

Attorneys for Defendants
  SES Operating Corp., Harlem East Life Plan,
  and Harlem East Life Plan - SES Corp.

Firmwide:84208107.1 051929.1004