USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    SES Operating Corp., Harlem East Life Plan and Harlem East
    Life Plan -- SES Corp.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631.293.4525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYDIA VELEZ,

    Plaintiff,

-against-

SES OPERATING CORP., HARLEM EAST LIFE
PLAN AND HARLEM EAST LIFE PLAN – SES
CORP.,

    Defendants.

---

Civil Action No. 07-CV-10946 (GEL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CERTAIN CLAIMS**

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the following 3 claims are hereby dismissed with prejudice, each party to bear its own costs and attorneys fees related to those claims:

~~1. All claims based on or arising under 42 U.S.C. § 1983;~~

~~2. All claims based on or arising under 42 U.S.C. § 1985;~~

~~3. All claims based on or arising under 42 U.S.C. § 1986;~~

1. All claims based on or arising under the New York Workers' Compensation

FIRMWIDE:84590270.1 051929.1004
DRAFT

Law § 120;

2. All claims based on or arising under the "Civil Rights Act of 1966";

3. All claims based on or arising under New York Labor Law 20-C (New York Labor Law § 740); and

~~7. All claims for breach of an employment contract.~~

This stipulation of dismissal will not impact any motion for costs following a summary judgment motion by Defendant on the remaining claims.

Date: ~~March~~ April 3, 2008
Melville, New York

_____  _____
Richard Kubick, Esq. (RJK 1539)   John T. Bauer (JB 4658)
7 East 14th Street                LITTLER MENDELSON
New York, New York 10003            A Professional Corporation
212.684.7541                      532 Broadhollow Road
                                  Suite 142
Attorney for Plaintiff            Melville, NY 11747
  Lydia Velez                     631.293.4525

                                  Attorneys for Defendants
                                    SES Operating Corp., Harlem East Life Plan
                                    and Harlem East Life Plan -- SES Corp.

**ORDER**

IT IS SO ORDERED.

Dated: ~~March~~ April 11, 2008

By: _____
    United States District Court Judge

FIRMWIDE:84590270.1 031929.1094
DRAFT

- 2 -