JOHN T. BAUER (JB 4658)
LISA M. GRIFFITH (LG 1020)
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
    SES Operating Corp., et al.
532 Broadhollow Road
Suite 142
Melville, NY  11747
631.293.4525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYDIA VELEZ,<br><br>                              Plaintiff,<br><br>          -against-<br><br>SES OPERATING CORP., HARLEM EAST LIFE PLAN, and HARLEM EAST LIFE PLAN-SES CORP.,<br><br>                              Defendants. | Civil Action No. 07-CV-10946 (GEL)<br><br>**NOTICE OF MOTION** |

To:    Richard Kubick, Esq.
       7 East 14th Street
       New York, New York 10003
       212.684.7541

       **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law

and all prior proceedings had herein, Defendants, by their attorneys Littler Mendelson, P.C., will

move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the

United States Courthouse located at 500 Pearl Street, Room 910, New York, New York 10008

on a date and time to be set by the Court, for an order: 1) granting Defendants' Motion to Amend

the Answer, pursuant to Fed. R. Civ. Procedure 15, to add a defense that Plaintiff's intentional

tort claims are time-barred and to add a defense that Plaintiff's negligence claims are preempted by New York's Workers' Compensation Law; 2) granting Defendants' Motion For Partial Judgment on the Pleadings, pursuant to Fed. R. Civ. Procedure 12(c), by dismissing Plaintiff's causes of action under 42 U.S.C. §§ 1983, 1985 and 1986; Plaintiff's causes of action in negligence; Plaintiff's causes of action in intentional tort; and Plaintiff's breach of contract claims; and 3) granting Defendants such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

Date:   May 14, 2008
        Melville, New York

John T. Bauer (JB 4658)
Lisa M. Griffith (LG 1020)
LITTLER MENDELSON
  A Professional Corporation
532 Broadhollow Road
Suite 142
Melville, NY  11747
631.293.4525

Attorneys for Defendants
  SES Operating Corp., et al.

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                       ) ss:
COUNTY OF SUFFOLK    )

        LISA GRIFFITH, being duly sworn, deposes and says that she is over the age of eighteen

years and is not a party in this proceeding; that on the 14th day of May, 2008, deponent served

the within Notice of Motion upon

> Richard Kubick, Esq.
> 7 East 14th Street
> New York, NY  10003

the address designated for that purpose, by depositing a true copy of the same by mail, enclosed

in a post paid properly addressed wrapper, in an official depository under the exclusive care and

custody of the United States Post Office Department within the State of New York.

                                     _____
                                       LISA GRIFFITH

Subscribed and sworn to before me
this 14th day of May, 2008.

_____
        Notary Public

MAUREEN WILLETT
Notary Public, State of New York
No. 4874655
Qualified in Nassau County
Commission Expires October 27, 20 10

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF SUFFOLK   )

        LISA GRIFFITH, being duly sworn, deposes and says that she is over the age of eighteen years and is not a party in this proceeding; that on the 14th day of May, 2008, deponent served the within Notice of Motion upon

> Richard Kubick, Esq.
> 7 East 14th Street
> New York, NY  10003

the address designated for that purpose, by depositing a true copy of the same by mail, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
LISA GRIFFITH

Subscribed and sworn to before me
this 14th day of May, 2008.

_____
Notary Public

MAUREEN WILLETT
Notary Public, State of New York
No. 4874655
Qualified in Nassau County
Commission Expires October 27, 20 10